Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Christopher**<br>First name<br><br>**J**<br>Middle name<br><br>**McCoy**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0967 |  |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| | If Debtor 2 lives at a different address: |
| **3805 Elwood Ave.**<br>**Bellingham, WA 98229**<br>Number, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code |
| **Whatcom**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Case 25-12111-CMA    Doc 1    Filed 07/30/25    Ent. 07/30/25 23:28:38    Pg. 2 of 21

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | **The Real McCoy Tea Company** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **Western District of Washington** | When **7/30/25** | Case number, if known **25-12110** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.

■ Yes.   Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Case 25-12111-CMA    Doc 1    Filed 07/30/25    Ent. 07/30/25 23:28:38    Pg. 3 of 21

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
| --- | --- |

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
| --- | --- |

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Case 25-12111-CMA    Doc 1    Filed 07/30/25    Ent. 07/30/25 23:28:38    Pg. 4 of 21

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| | ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 25-12111-CMA     Doc 1     Filed 07/30/25     Ent. 07/30/25 23:28:38     Pg. 5 of 21

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christopher J McCoy**
_____          _____
**Christopher J McCoy**                                        Signature of Debtor 2
Signature of Debtor 1

Executed on    **July 30, 2025**          Executed on  _____
MM / DD / YYYY                                          MM / DD / YYYY

Case 25-12111-CMA    Doc 1    Filed 07/30/25    Ent. 07/30/25 23:28:38    Pg. 6 of 21

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Steven M. Palmer** _____          Date   **July 30, 2025** _____
Signature of Attorney for Debtor                                MM / DD / YYYY

**Steven M. Palmer 48823**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone   **206-587-0700** _____          Email address   **spalmer@cairncross.com** _____

**48823 WA**
Bar number & State

**Fill in this information to identify your case:**

| Debtor 1 | **Christopher J McCoy** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**

**Radd Diversified**
**5404 Cypress Circle, Suite 320**
**Tampa, FL 33607**

What is the nature of the claim? | Angel Investor for The Real McCoy Tea Company -listed out of an abundance of caution | $550,000.00

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**2**

**Splashing Tiger Ventures**
**22906 US 281 N,**

What is the nature of the claim? | Angel Investor in The Real McCoy Tea Company, debtor does not believe that there is a personal guarantee but is uncertain. | $530,000.00

**Suite 106-205**
**San Antonio, TX 78258**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                              Value of security:     -

Contact phone                         Unsecured claim

---

**3**

What is the nature of the claim?     **The Real McCoy Tea**     **$514,327.00**
                                       **Comapny**
                                       **In Chapter 11**
                                       **Bankruptcy case**
                                       **number 25-**
                                       **100 % ownership**

**SBA**
**2401 Fourth Ave, Suite 450**
**Seattle, WA 98121**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)     **$514,327.00**

Contact                              Value of security:     -     **$0.00**

Contact phone                         Unsecured claim     **$514,327.00**

---

**4**

What is the nature of the claim?     **Personal Income Tax**     **Unknown**
                                       **and Trust Fund Taxes**
                                       **from**

**IRS Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                              Value of security:     -

Contact phone                         Unsecured claim

---

**5**

What is the nature of the claim?                                     **$80,000.00**

**Evan Turner**
**2409 Milton Way**
**Milton, WA 98354**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated

---

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone
     Value of security:    - _____
     Unsecured claim

---

**6**

**Vessel Packaging**
**c/o Benjamin Kelly**
**9218 Roosevelt Way NE**
**Seattle, WA 98115**

**What is the nature of the claim?**    **Vendor for The Real**     $80,000.00
**McCoy Tea Company**
**Listed out of an**
**abundance of caution**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone
     Value of security:    - _____
     Unsecured claim

---

**7**

**First Citizens Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

**What is the nature of the claim?**    **The Real McCoy Tea**     $80,000.00
**Comapny**
**In Chapter 11**
**Bankruptcy case**
**number 25-**
**100 % ownership**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $80,000.00
     Value of security:    - $0.00
     Unsecured claim    $80,000.00

Contact

Contact phone

---

**8**

**Savi Bank**

**What is the nature of the claim?**    **The Real McCoy Tea**     $58,960.41
**Comapny**
**In Chapter 11**
**Bankruptcy case**
**number 25-**
**100 % ownership**

---

**1910 Broadway Street**
**Bellingham, WA 98225**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

- ☐ No

Contact _____

- ■ Yes. Total claim (secured and unsecured)    **$58,960.41**
      Value of security:    - **$0.00**
      Unsecured claim    **$58,960.41**

Contact phone _____

---

**9**

**WA Employment Security Dept.**
**P.O. Box 9046**
**Olympia, WA 98507-9046**

**What is the nature of the claim?** _____    **$55,908.56**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

- ■ No

Contact _____

- ☐ Yes. Total claim (secured and unsecured)
      Value of security:    - _____
      Unsecured claim    _____

Contact phone _____

---

**10**

**Wildpack Holdings Inc**
**1301 Edison Highway Suite A2**
**Baltimore, MD 21213**

**What is the nature of the claim?**    **Vendor for The Real**    **$43,210.00**
                                         **McCoy Tea Company**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

- ■ No

Contact _____

- ☐ Yes. Total claim (secured and unsecured)
      Value of security:    - _____
      Unsecured claim    _____

Contact phone _____

---

**11**

**Tap Financial Services**
**20900 Northeast 30th Ave.**
**Miami, FL 33180**

**What is the nature of the claim?** _____    **$33,180.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

- ■ No

Contact _____

Contact phone _____

☐ Yes. Total claim (secured and unsecured) _____

Value of security: _____

 -

Unsecured claim _____

---

**12**

**Savi Bank**
**1910 Broadway Street**
**Bellingham, WA 98225**

**What is the nature of the claim?**    **The Real McCoy Tea Comapny In Chapter 11 Bankruptcy case number 25- 100 % ownership**    $30,747.13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact _____

■ Yes. Total claim (secured and unsecured)    $30,747.13

Value of security:  -  $0.00

Contact phone _____

Unsecured claim    $30,747.13

---

**13**

**Northstar Tax**
**719 Grover Street**
**Lynden, WA 98264**

**What is the nature of the claim?** _____    $27,554.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured) _____

Value of security: _____

 -

Contact phone _____

Unsecured claim _____

---

**14**

**WA Dept of Labor & Industries**
**PO Box 44171**
**Olympia, WA 98504**

**What is the nature of the claim?** _____    $25,382.67

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured) _____

Value of security: _____

 -

Contact phone _____

Unsecured claim _____

---

| Debtor 1 | **Christopher J McCoy** | Case number *(if known)* | |

---

**15**

**Bank of America**
PO Box 982238
El Paso, TX 79998-2238

**What is the nature of the claim?**    **Credit Card Purchases**    $24,328.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

Contact

Contact phone

---

**16**

**Mountain American Credit Union**
660 S 200 EAST
Salt Lake City, UT 84111

**What is the nature of the claim?**    **Debt Consolidation Loan**    $20,069.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

Contact

Contact phone

---

**17**

**Rapid Finance**
4500 East West Highway, 6th FL
Bethesda, MD 20814

**What is the nature of the claim?**    $17,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

Contact

Contact phone

---

**18**

**USAA FSB**
10750 MC DERMOTT
San Antonio, TX 78288

**What is the nature of the claim?**    **Credit card purchases**    $15,309.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

---

| | No |
|---|---|
| ☐ | Yes. Total claim (secured and unsecured) |
| Contact | |
| | Value of security: |
| Contact phone | Unsecured claim |

**19**

**CB/Comenity**
**PO BOX 182789**
**Columbus, OH 43218**

**What is the nature of the claim?**    **Credit Card Purchases**    **$10,776.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    -_____

Contact phone    Unsecured claim

**20**

**Cascade Radio Group**
**2219 Yew Street Road**
**Bellingham, WA 98229**

**What is the nature of the claim?**    **Radio ads for The Real McCoy Tea Company, listed out of an abundance of caution.**    **$10,135.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    -_____

Contact phone    Unsecured claim

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Christopher J McCoy**                          X _____
  **Christopher J McCoy**                                 Signature of Debtor 2
  Signature of Debtor 1


Date    **July 30, 2025**                              Date _____

# United States Bankruptcy Court
## Western District of Washington

In re **Christopher J McCoy**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .......................... $ _____

Prior to the filing of this statement I have received .......................... $ _____

Balance Due .......................... $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .......................... $ **10,000.00**

The undersigned shall bill against the retainer at an hourly rate of .......................... $ **500.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning;**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re    **Christopher J McCoy**                                                    Case No. _____
_____
                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 30, 2025**                                              **/s/ Steven M. Palmer**
_____          _____
*Date*                                                         **Steven M. Palmer 48823**
                                                               *Signature of Attorney*
                                                               **Cairncross & Hempelmann, P.S.**
                                                               **524 Second Avenue**
                                                               **Suite 500**
                                                               **Seattle, WA 98104**
                                                               **206-587-0700  Fax: 206-587-2308**
                                                               **spalmer@cairncross.com**
                                                               _____
                                                               *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re    **Christopher J McCoy**            Case No. _____

                                        Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July 30, 2025** _____         **/s/ Christopher J McCoy** _____

                                                      **Christopher J McCoy**

                                                      Signature of Debtor

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238


BECU
PO BOX 97050
SEATTLE, WA 98124


CASCADE RADIO GROUP
2219 YEW STREET ROAD
BELLINGHAM, WA 98229


CB/COMENITY
PO BOX 182789
COLUMBUS, OH 43218


CHASE BANK
CARDMEMBER SERVICE
PO BOX 15298
WILMINGTON, DE 19850


CITY OF BELLINGHAM
210 LOTTIE STREET
BELLINGHAM, WA 98225


DEPARTMENT OF EDUCATION NELNET
PO BOX 82561
LINCOLN, NE 68501


EVAN TURNER
2409 MILTON WAY
MILTON, WA 98354


FIRST CITIZENS BANK
155 COMMERCE WAY
PORTSMOUTH, NH 03801


GOOD CHANCE COLLECTIVE
5630 SAND ROAD
BELLINGHAM, WA 98226


IRS CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101

MOUNTAIN AMERICAN CREDIT UNION
660 S 200 EAST
SALT LAKE CITY, UT 84111


NORTHSTAR TAX
719 GROVER STREET
LYNDEN, WA 98264


NUCO2
2800 SE MARKET PLACE
STUART, FL 34997


RADD DIVERSIFIED
5404 CYPRESS CIRCLE, SUITE 320
TAMPA, FL 33607


RAPID FINANCE
4500 EAST WEST HIGHWAY, 6TH FL
BETHESDA, MD 20814


RIVERVIEW
P.O. BOX 872290
VANCOUVER, WA 98687-2290


SAVI BANK
1910 BROADWAY STREET
BELLINGHAM, WA 98225


SBA
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SPLASHING TIGER VENTURES
22906 US 281 N,
SUITE 106-205
SAN ANTONIO, TX 78258


TAP FINANCIAL SERVICES
20900 NORTHEAST 30TH AVE.
MIAMI, FL 33180


THE REAL MCCOY TEA COMPANY
210 E CHESTNUT ST
BELLINGHAM, WA 98225-5264

```
US ATTORNEY'S OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


USAA FSB
10750 MC DERMOTT
SAN ANTONIO, TX 78288


VESSEL PACKAGING
C/O BENJAMIN KELLY
9218 ROOSEVELT WAY NE
SEATTLE, WA 98115


VIDEO JET
12113 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


WA ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTION UNIT
800 FIFTH AVE, STE 200
SEATTLE, WA 98104


WA DEPT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT.
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WA STATE DEPT. OF REVENUE
P.O. BOX 34053
SEATTLE, WA 98124


WECU
POB WECU
BELLINGHAM, WA 98227


WELLS FARGO BANK NA AUTO
PO BOX 71092
CHARLOTTE, NC 28272
```

WESMAR
5720 204TH ST. SW
LYNNWOOD, WA 98036


WHATCOM COUNTY TREASURER
P.O. BOX 34873
SEATTLE, WA 98124


WILDPACK HOLDINGS INC
1301 EDISON HIGHWAY SUITE A2
BALTIMORE, MD 21213